DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS PAUL RAITHEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3892

[August 2, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562015CF332AXXX.

Carey Haughwout, Public Defender, and J. Woodson Isom, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE and FORST, JJ., and ARTAU, EDWARD L., Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***